### LEVY v. EISEN.

(Supreme Court, Appellate Term. December 22, 1911.)

COURTS (§ 190*)—MUNICIPAL COURTS—APPEAL—NOTICE OF APPEAL.
Where the notice of appeal from a final order in summary proceedings in the Municipal Court was not served within the statutory time, the appeal must be dismissed.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of the Bronx, Second District.

Summary proceedings by Pauline Levy against Max Eisen. From a final order of the Municipal Court in favor of plaintiff, defendant appeals. Dismissed.

Argued before GIEGERICH, LEHMAN, and PENDLETON, JJ.

Joseph Wilkenfeld, for appellant.
Seymour Mork, for respondent.

PER CURIAM. The notice of appeal not having been served within the statutory time, the appeal must be dismissed.

Appeal dismissed, with $10 costs.